IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **CHARLES ANTHONY PARKER, JR.**, *now known as* ASHLI LYNN SKYE, | : : : : | |
| **Plaintiff**, | : : | **CASE NO: 7:22-cv-74-WLS-TQL** |
| v. | : : | |
| **JOSHUA WALTON**, *et al.,* | : : | |
| **Defendants.** | : : | |

# ORDER

On October 8, 2024, the Court held a Pretrial Conference in this case. Prior to the conference, the Parties provided the Court with a Joint Proposed Pretrial Order – Jury Trial ("Proposed Order"). The Court enters this Order to memorialize the discussion at that conference, provide deadlines for further filings and hearings in this matter prior to trial, and makes the following modifications to the jointly executed Proposed Order, which is adopted and made part of this Order to the extent it does not conflict with the instant Order. Counsel shall provide a final hard copy for counsel and the Court's signatures.

1. The trial of this matter will begin on **Tuesday, November 12, 2024, at 8:30 a.m. in Valdosta, Georgia**, or earlier as may be ordered by the Court. The Court has set aside two days for the trial. The Court notifies the Parties that in keeping with the Court's usual practices, beginning on **Wednesday, November 13, 2024**, or such other date following jury selection, the trial will be held from 8:00 a.m. to 2:00 p.m. each day until the jury has heard all evidence and begins deliberations.

2. On October 4, 2024, Defendants' Motion in Limine (Doc. 79) ("Motion in Limine") was filed. The Plaintiff has not filed a response to the Motion in Limine. In particular Defendants object to the relevance of statements in Plaintiff's outline of the case set out in the Proposed Order relating to prior injuries the Plaintiff alleges to have sustained. The Court heard arguments and discussion on the Motion in Limine, including those related to the

1

relevance of Plaintiff's alleged prior injuries, after which the Parties agreed that the issues in the Motion in Limine may be narrowed.

3. Defendants indicated that Exhibits 2 and 3 as referenced in the Proposed Order were inadvertently included in their list of exhibits to be presented at trial.

4. If the Parties are able to agree on a Jury Verdict Form, such form shall be filed on or before close of business on **Tuesday, October 15, 2024**, with the amended proposed joint pretrial order as set forth below.

5. The Parties shall confer and, on or before close of business on **Tuesday, October 15, 2024**, shall provide the Court with an amended joint proposed pretrial order incorporating the changes discussed at the Pretrial Conference as set forth above.

6. Further, on or before close of business on **Tuesday, October 15, 2024**, Defendants shall take appropriate action to supplement, amend, or withdraw their Motion in Limine to reflect any remaining outstanding issues based on discussions at the Pretrial Conference as incorporated into the amended proposed joint pretrial order. Plaintiff's responses thereto, if any, shall be filed on or before the close of business on **Friday, October 18, 2024**.

7. If the Court deems it necessary, a hearing on the Motion in Limine will be held on **Tuesday, November 12, 2024**. A separate notice will be docketed to apprise the Parties of the time set for such hearing, if necessary.

8. In the event the Parties settle this matter, they shall file a notice of settlement without delay.

**SO ORDERED**, this 10th day of October 2024.

                                            **/s/W. Louis Sands**
                                            **W. LOUIS SANDS, SR. JUDGE**
                                            **UNITED STATES DISTRICT COURT**