IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHARLES ANTHONY PARKER, JR.**, *now known as* ASHLI LYNN SKYE**,**<br><br>          **Plaintiff,**<br><br>     v.<br><br>**JOSHUA WALTON**, *et al.,*<br><br>          **Defendants.**<br>_____ | **CASE NO:**<br>**7:22-cv-74 (WLS)** |

### ORDER TO PRODUCE STATE INMATE FOR FEDERAL TRIAL

TO:   Georgia Department of Corrections, Court Productions

   Christina Lunebach
   Court Services Manager Offender Administration
   Georgia Department of Corrections
   200 Sharon Rogers Drive
   Jackson, Ga 30233
   Email Address: court.productions@gdc.ga.gov; cc: christina.lunebach@gdc.ga.gov

**YOU ARE HEREBY REQUESTED AND DIRECTED** to produce state inmate **CHARLES ANTHONY PARKER, JR.**, *now known as* ASHLI LYNN SKYE, currently incarcerated at the Dooly State Prison, GDC ID No. 1182514, **in-person**, for a trial in the above-captioned proceeding beginning at 8:30 a.m. on Thursday, November 7, 2024, before the undersigned in the Courtroom of the United States Courthouse, 401 N. Patterson St., 2nd Floor, Valdosta, Georgia.

The Clerk of Court is **DIRECTED** to serve, by United States Mail and by the email addresses noted above, a copy of this Order on Christina Lunebach of the Georgia Department of Corrections. The Clerk of the Court is also **DIRECTED** to serve a certified copy of this Order on the United States Marshals for the Middle District of Georgia. Counsel for Defendant and Plaintiff are **ORDERED** to provide any assistance to the Clerk, the

Georgia Department of Corrections, and/or the United States Marshals Service to ensure timely compliance with this Order.

**SO ORDERED**, this 31st day of October 2024.

> /s/W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**