UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**FILED**

NOV 0 5 2024

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| CHARLES ANTHONY PARKER, JR., *now known as* ASHLI LYNN SKYE, )<br><br>Plaintiff, )<br><br>v. )<br><br>JOSHUA WALTON, *et al.*, )<br><br>Defendants. ) | CIVIL ACTION NO.<br>7:22-cv-00074-WLS-TQL |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiff Charles Anthony Parker, Jr.; Defendant Angela Hopkins; Defendants Stan Shepard, Shawn Emmons, Ralph Shropshire, Delisha Bryant, Katrina Daniels, Lane Brown, Tyler Dominiak and Joshua Walton; through their respective counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted,

/s/ Malcolm J. Warren
Malcolm J. Warren
The Warren Law Firm, LLC
111 Woodrow Wilson Dr., Suite B
Valdosta, GA 31602-1972
Georgia Bar No.: 385581

*Counsel for Plaintiff*

/s/ W. Brent Hyde
W. Brent Hyde
Hall Booth Smith
1564 King Road
Tifton, GA 31793
Georgia Bar No.: 381445

*Counsel for Defendant Angela Hopkins*

/s/ Jason H. Kang
Jason H. Kang
Assistant Attorney General
Georgia Bar No. 759836

State Law Department
40 Capitol Square SW
Atlanta, Georgia 30334
Telephone: (404) 458-3559
Facsimile:  (404) 651-5304
jkang@law.ga.gov

*Counsel for Defendants Stan Shepard, Shawn Emmons, Ralph Shropshire, Delisha Bryant, Katrina Daniels, Lane Brown, Tyler Dominiak and Joshua Walton*

SO ORDERED this **5th** day of **November, 2024**.

W. Louis Sands, Sr. Judge
United States District Court