IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHARLES ANTHONY PARKER, JR.**, *now known as* ASHLI LYNN SKYE, :<br>:<br>:<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>:<br>**JOSHUA WALTON**, *et al.*, :<br>:<br>**Defendants.** :<br>: | **CASE NO:** <br> **7:22-cv-74 (WLS)** |

**ORDER VACATING ORDER**
**TO PRODUCE STATE INMATE FOR FEDERAL TRIAL**

TO:  Georgia Department of Corrections, Court Productions

     Christina Lunebach
     Court Services Manager Offender Administration
     Georgia Department of Corrections
     200 Sharon Rogers Drive
     Jackson, Ga 30233
     Email: court.productionorders@gdc.ga.gov; cc: christina.lunebach@gdc.ga.gov

     By Order (Doc. 87) entered October 31, 2024, the Georgia Department of Corrections ("GDOC") was directed to produce state inmate CHARLES ANTHONY PARKER, JR., *now known as* ASHLI LYNN SKYE ("Parker"), currently incarcerated at the Dooly State Prison, GDC ID No. 1182514, for a trial in the above-captioned proceeding beginning at 8:30 a.m. on Thursday, November 7, 2024, before the undersigned at the United States Courthouse, Valdosta, Georgia. This case has been dismissed, and the presence of Parker at the Valdosta Courthouse is no longer required.

     Accordingly, the Court's October 31, 2024 Order (Doc. 87) is hereby **VACATED**, and the GDOC is relieved of the Court's direction to produce Parker for trial in this matter.

     The Clerk of Court is **DIRECTED** to serve, by United States Mail and by the email addresses noted above, a copy of this Order on Christina Lunebach of the Georgia

Department of Corrections. The Clerk of the Court is also **DIRECTED** to serve a certified copy of this Order on the United States Marshals for the Middle District of Georgia. Counsel for Defendant and Plaintiff are **ORDERED** to provide any assistance to the Clerk to notify the GDOC of the entry of this Order to ensure timely receipt of this Order.

**SO ORDERED**, this 5th day of November 2024.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**